# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-0592
_____

SHANNON L. CLARK,

Petitioner,

v.

PRIDE ENTERPRISES INC.,
DIGITAL SERVICES, LIBERTY
CORRECTIONAL INSTITUTION, et
al.,

Respondents.

_____

Petition for Writ of Mandamus—Original Jurisdiction.

August 19, 2025

PER CURIAM.

DISMISSED.

KELSEY, LONG, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Shannon L. Clark, pro se, Petitioner.

No appearance for Respondents.